LARA Home     Contact LARA     Online Services     News     MI.gov

# LARA Corporations Online Filing System
## Department of Licensing and Regulatory Affairs

**ID Number: 801313345**

| Request certificate | Return to Results | New search |

**Summary for:  STGP, LLC**

**The name of the DOMESTIC LIMITED LIABILITY COMPANY:**   STGP, LLC

---

**Entity type:**   DOMESTIC LIMITED LIABILITY COMPANY

**Identification Number:** 801313345  **Old ID Number:** B6750V

---

**Date of Organization in Michigan:**   03/29/2005

---

**Purpose:**  All Purpose Clause

---

**Term:**   Perpetual

---

**The name and address of the Resident Agent:**

Resident Agent Name:          DEAN DARBY

Street Address:               3495 HACK RD

Apt/Suite/Other:

City:                    SAGINAW                    State:  MI                    Zip Code:    48601

**Registered Office Mailing address:**

P.O. Box or Street Address:       3495 HACK RD

Apt/Suite/Other:

City:                    SAGINAW                    State:  MI                    Zip Code:    48601

---

**Act Formed Under:**   023-1993 Michigan Limited Liability Company Act

---

**Managed By:**

Managers

---

**View filings for this business entity:**

```
ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME
```

| View filings |

**Comments or notes associated with this business entity:**

<span style="color:red">**Exhibit A**</span>

LARA FOIA Process      Transparency      Office of Regulatory Reinvention      State Web Sites

Michigan.gov Home      ADA      Michigan News      Policies

Copyright 2024 State of Michigan

**Exhibit A**