

**ID Number: 801926002**　　　| Request certificate |　| Return to Results |　| New search |

**Summary for:  STONE TRANSPORT LIMITED PARTNERSHIP**

**The name of the DOMESTIC LIMITED PARTNERSHIP:**　STONE TRANSPORT LIMITED PARTNERSHIP

**Entity type:**　DOMESTIC LIMITED PARTNERSHIP

**Identification Number:** 801926002　**Old ID Number:** L05693

**Date of Formation in Michigan:**　04/07/2005

**Term:**　Perpetual

**County:**

**The name and street address of the agent for service of process:**

Agent Name:　　　　　　　　DEAN DARBY

Street Address:　　　　　　　3495 HACK RD

Apt/Suite/Other:

City:　　　　　　　　SAGINAW　　　　　　　State:  MI　　　　　Zip Code:　48601

**The address of the office at which the limited partnership records are kept:**

Street Address:　　　　　　　3495 HACK RD

Apt/Suite/Other:

City:　　　　　　　　SAGINAW　　　　　　　State:  MI　　　　　Zip Code:　48601

**The name and address of each general partner**

| Title | Name | Address |
|---|---|---|
| GENERAL PARTNER | STGP, LLC | 3495 HACK RD SAGINAW, MI 48601 USA |

**Act Formed Under:**　213-1982 Michigan Revised Uniform Limited Partnership Act
**Acts Subject To:**　213-1982 Michigan Revised Uniform Limited Partnership Act

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF LIMITED PARTNERSHIP
RESTATED CERTIFICATE OF LIMITED PARTNERSHIP
CERTIFICATE OF AMENDMENT
CERTIFICATE OF CANCELLATION

| View filings |

**Comments or notes associated with this business entity:**

**Exhibit B**

LARA FOIA Process      Transparency      Office of Regulatory Reinvention      State Web Sites

Michigan.gov Home      ADA      Michigan News      Policies

Copyright 2024 State of Michigan

**Exhibit B**