AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF INDIANA
#### HAMMOND DIVISION

|  |  |
|---|---|
| UNITED STATES STEEL CORPORATION,<br> Plaintiff,<br><br>v.<br><br>SUMMIT, INC., STONE TRANSPORT, LP, LOAD N GO EXPRESS, LLC, J&D TRUCKING, INC., FIRST KEEZ ACQUISITIONS LLC, JOHN RUSSELL SMITH, JR., JOSHUA CURTIS RIDDLE, JACOB ALLEN REYNOLDS, MARLAND TIRRELL BARNER, RAFAEL ANTONIO BERRIOS JR., WARDELL W. BROWN, & AARON EUGENE GODLEY,<br> Defendants. | Case No. 2:24-cv-00126-GSL-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **Aaron Eugene Godley**
**7882 Rael Ct.**
**Tallahassee, FL 32312**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached first amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon J. Kroft
CASSIDAY SCHADE LLP
233 East 84th Drive, Suite 305
Merrillville, IN 46410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date: _____      _____
                                                    *Server's Signature*


                                        _____
                                                    *Printed Name and Title*


                                        _____
                                                    *Server's Address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF INDIANA
#### HAMMOND DIVISION

UNITED STATES STEEL CORPORATION,
             Plaintiff,

v.

SUMMIT, INC., STONE TRANSPORT, LP,
LOAD N GO EXPRESS, LLC, J&D TRUCKING,
INC., FIRST KEEZ ACQUISITIONS LLC, JOHN
RUSSELL SMITH, JR., JOSHUA CURTIS
RIDDLE, JACOB ALLEN REYNOLDS,
MARLAND TIRRELL BARNER, RAFAEL
ANTONIO BERRIOS JR., WARDELL W.
BROWN, & AARON EUGENE GODLEY,
             Defendants.

Case No. 2:24-cv-00126-GSL-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    **First Keez Acquisitions LLC**
**c/o Aaron Godley**
**3659 Allison Street**
**Portage, IN 46368**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached first amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon J. Kroft
CASSIDAY SCHADE LLP
233 East 84th Drive, Suite 305
Merrillville, IN 46410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's Signature*

_____
*Printed Name and Title*

_____
*Server's Address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES STEEL CORPORATION,<br>Plaintiff,<br><br>v.<br><br>SUMMIT, INC., STONE TRANSPORT, LP,<br>LOAD N GO EXPRESS, LLC, J&D TRUCKING,<br>INC., FIRST KEEZ ACQUISITIONS LLC, JOHN<br>RUSSELL SMITH, JR., JOSHUA CURTIS<br>RIDDLE, JACOB ALLEN REYNOLDS,<br>MARLAND TIRRELL BARNER, RAFAEL<br>ANTONIO BERRIOS JR., WARDELL W.<br>BROWN, & AARON EUGENE GODLEY,<br>Defendants. | Case No. 2:24-cv-00126-GSL-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    **J&D Trucking, Inc.**
**c/o Diane Medina**
**5553 Oakdale Drive**
**Oak Lawn, IL 60453**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached first amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon J. Kroft
CASSIDAY SCHADE LLP
233 East 84th Drive, Suite 305
Merrillville, IN 46410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date:    _____         _____
                                                                        *Server's Signature*

                                                          _____
                                                                        *Printed Name and Title*

                                                          _____
                                                                        *Server's Address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES STEEL CORPORATION,<br>Plaintiff,<br><br>v.<br><br>SUMMIT, INC., STONE TRANSPORT, LP,<br>LOAD N GO EXPRESS, LLC, J&D TRUCKING,<br>INC., FIRST KEEZ ACQUISITIONS LLC, JOHN<br>RUSSELL SMITH, JR., JOSHUA CURTIS<br>RIDDLE, JACOB ALLEN REYNOLDS,<br>MARLAND TIRRELL BARNER, RAFAEL<br>ANTONIO BERRIOS JR., WARDELL W.<br>BROWN, & AARON EUGENE GODLEY,<br>Defendants. | Case No. 2:24-cv-00126-GSL-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  **Jacob Allen Reynolds**
**7408 West 129th Avenue**
**Cedar Lake, IN 46303**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached first amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon J. Kroft
CASSIDAY SCHADE LLP
233 East 84th Drive, Suite 305
Merrillville, IN 46410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____         _____

                                                          *Server's Signature*

                                              _____

                                                          *Printed Name and Title*

                                              _____

                                                          *Server's Address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES STEEL CORPORATION,<br>Plaintiff,<br><br>v.<br><br>SUMMIT, INC., STONE TRANSPORT, LP,<br>LOAD N GO EXPRESS, LLC, J&D TRUCKING,<br>INC., FIRST KEEZ ACQUISITIONS LLC, JOHN<br>RUSSELL SMITH, JR., JOSHUA CURTIS<br>RIDDLE, JACOB ALLEN REYNOLDS,<br>MARLAND TIRRELL BARNER, RAFAEL<br>ANTONIO BERRIOS JR., WARDELL W.<br>BROWN, & AARON EUGENE GODLEY,<br>Defendants. | Case No. 2:24-cv-00126-GSL-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   **John Russell Smith, Jr.**
**157 S. Franklin Street, 3rd Floor**
**Valparaiso, IN 46383**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached first amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon J. Kroft
CASSIDAY SCHADE LLP
233 East 84th Drive, Suite 305
Merrillville, IN 46410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date: _____     _____
                                                            *Server's Signature*


                                                  _____
                                                            *Printed Name and Title*


                                                  _____
                                                            *Server's Address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA
#### HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES STEEL CORPORATION,<br>Plaintiff,<br><br>v.<br><br>SUMMIT, INC., STONE TRANSPORT, LP,<br>LOAD N GO EXPRESS, LLC, J&D TRUCKING,<br>INC., FIRST KEEZ ACQUISITIONS LLC, JOHN<br>RUSSELL SMITH, JR., JOSHUA CURTIS<br>RIDDLE, JACOB ALLEN REYNOLDS,<br>MARLAND TIRRELL BARNER, RAFAEL<br>ANTONIO BERRIOS JR., WARDELL W.<br>BROWN, & AARON EUGENE GODLEY,<br>Defendants. | Case No. 2:24-cv-00126-GSL-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   **Joshua Curtis Riddle**
**1420 Rickey Drive**
**Joliet, IL 60433**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached first amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon J. Kroft
CASSIDAY SCHADE LLP
233 East 84th Drive, Suite 305
Merrillville, IN 46410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                                            *Server's Signature*

                                           _____
                                                            *Printed Name and Title*

                                           _____
                                                            *Server's Address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

UNITED STATES STEEL CORPORATION,
                    Plaintiff,

v.

SUMMIT, INC., STONE TRANSPORT, LP,
LOAD N GO EXPRESS, LLC, J&D TRUCKING,
INC., FIRST KEEZ ACQUISITIONS LLC, JOHN
RUSSELL SMITH, JR., JOSHUA CURTIS
RIDDLE, JACOB ALLEN REYNOLDS,
MARLAND TIRRELL BARNER, RAFAEL
ANTONIO BERRIOS JR., WARDELL W.
BROWN, & AARON EUGENE GODLEY,
                    Defendants.

Case No. 2:24-cv-00126-GSL-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    **Marland Tirrell Barner**
                                        **2211 Astor Street**
                                        **Sauk Village, IL 60411**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached first amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon J. Kroft
CASSIDAY SCHADE LLP
233 East 84th Drive, Suite 305
Merrillville, IN 46410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with
*(name)*_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known
address; or

☐ I served the summons on *(name of individual)* _____, who
is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                                          *Server's Signature*

                                              _____
                                                          *Printed Name and Title*

                                              _____
                                                          *Server's Address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES STEEL CORPORATION,<br>Plaintiff,<br><br>v.<br><br>SUMMIT, INC., STONE TRANSPORT, LP,<br>LOAD N GO EXPRESS, LLC, J&D TRUCKING,<br>INC., FIRST KEEZ ACQUISITIONS LLC, JOHN<br>RUSSELL SMITH, JR., JOSHUA CURTIS<br>RIDDLE, JACOB ALLEN REYNOLDS,<br>MARLAND TIRRELL BARNER, RAFAEL<br>ANTONIO BERRIOS JR., WARDELL W.<br>BROWN, & AARON EUGENE GODLEY,<br>Defendants. | Case No. 2:24-cv-00126-GSL-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **Rafael A. Berrios Jr.**
**3659 Allison Street**
**Portage, IN 46368**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached first amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon J. Kroft
CASSIDAY SCHADE LLP
233 East 84th Drive, Suite 305
Merrillville, IN 46410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date:  _____          _____
                                                                            *Server's Signature*

                                                        _____
                                                                            *Printed Name and Title*

                                                        _____
                                                                            *Server's Address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES STEEL CORPORATION,<br>Plaintiff,<br><br>v.<br><br>SUMMIT, INC., STONE TRANSPORT, LP,<br>LOAD N GO EXPRESS, LLC, J&D TRUCKING,<br>INC., FIRST KEEZ ACQUISITIONS LLC, JOHN<br>RUSSELL SMITH, JR., JOSHUA CURTIS<br>RIDDLE, JACOB ALLEN REYNOLDS,<br>MARLAND TIRRELL BARNER, RAFAEL<br>ANTONIO BERRIOS JR., WARDELL W.<br>BROWN, & AARON EUGENE GODLEY,<br>Defendants. | Case No. 2:24-cv-00126-GSL-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    **Wardell W. Brown**
**11541 S. Hale Avenue**
**Chicago, IL 60643**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached first amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon J. Kroft
CASSIDAY SCHADE LLP
233 East 84th Drive, Suite 305
Merrillville, IN 46410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date:   _____          _____
                                                              *Server's Signature*

                                                _____
                                                              *Printed Name and Title*

                                                _____
                                                              *Server's Address*

Additional information regarding attempted service, etc.: