**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES STEEL CORPORATION,<br><br>   Plaintiff,<br>v.<br><br>SUMMIT, INC., STONE TRANSPORT, LP, LOAD N GO EXPRESS, LLC, J&D TRUCKING, INC., JOHN RUSSELL SMITH JR., JOSHUA CURTIS RIDDLE, JACOB ALLEN REYNOLDS, MARLAND TIRRELL BARNER, RAFAEL ANTONIO BERRIOS JR., & WARDELL W. BROWN,<br><br>   Defendants. | Cause No: 2:24-cv-00126-GSL-JEM |
| SUMMIT, INC.,<br><br>   Cross Claimant,<br>v.<br><br>STONE TRANSPORT, LP, LOAD N GO EXPRESS, LLC, & J&D TRUCKING, INC.,<br><br>   Crossclaim Defendants. | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST MARLAND TIRRELL BARNER**

NOW COMES the Plaintiff, United States Steel Corporation, by and through its attorney, Brandon J. Kroft of CASSIDAY SCHADE LLP, and respectfully moves the Court for Entry of Default against Defendant Marland Tirrell Barner. In support thereof, Plaintiff states as follows:

1. On October 17, 2024, Plaintiff mailed the Summons and Amended Complaint to Defendant Marland Tirrell Barner, as reflected at Docket Entry 70.

2. On February 7, 2025, Plaintiff mailed an Alias Summons to Defendant Marland Tirrell Barner, as reflected at Docket Entry 108.

3. On February 17, 2025, Defendant Marland Tirrell Barner was duly served with a Summons and a copy of the Amended Complaint, as reflected in the Affidavit of Service at Docket Entry 112.

4. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant was required to serve an Answer or otherwise respond within twenty-one (21) days after service.

5. The time within which Defendant may answer or otherwise respond has expired.

6. To date, Defendant Marland Tirrell Barner has failed to appear, answer, plead, or otherwise defend this action.

WHEREFORE the Plaintiff, United States Steel Corporation, respectfully requests that the Clerk of the Court enter default against Defendant Marland Tirrell Barner pursuant to Rule 55(a), and for all other just and proper relief.

Respectfully submitted,

By: /s/ *Brandon J. Kroft*
One of the Attorneys for Plaintiff, United States Steel Corporation

CASSIDAY SCHADE LLP
Brandon J. Kroft, # 23400-64
233 East 84th Drive, Suite 305
Merrillville, IN 46410
(219) 663-5575
bkroft@cassiday.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of December, 2025, a copy of the foregoing Motion to Entry of Default Against Marland Tirrell Barner was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing was sent to all counsel of record who are registered CM/ECF users. In addition, I served a copy of this filing via U.S. mail on the following:

J&D Trucking, Inc.  
c/o Diane Medina  
5553 Oakdale Drive  
Oak Lawn, IL 60453

John Russell Smith, Jr.  
157 S. Franklin Street, 3rd Floor  
Valparaiso, IN 46383

Joshua Curtis Riddle  
1420 Rickey Drive  
Joliet, IL 60433

Jacob Allen Reynolds  
7408 West 129th Avenue  
Cedar Lake, IN 46303

Marland Tirrell Barner  
2211 Astor Street  
Sauk Village, IL 60411

Rafael A. Berrios  
3659 Allison Street  
Portage, IN 46368

Wardell W. Brown  
11541 S. Hale Avenue  
Chicago, IL 60643  
First Keez Acquisitions, LLC  
c/o Aaron Godley  
3659 Allison Street  
Portage, IN 46368

Aaron Eugene Godley  
7882 Rael Ct.  
Tallahassee, FL 32312

                                                         */s/ Brandon J. Kroft*