**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES STEEL CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>SUMMIT, INC., STONE TRANSPORT, LP, LOAD N GO EXPRESS, LLC, J&D TRUCKING, INC., JOHN RUSSELL SMITH JR., JOSHUA CURTIS RIDDLE, JACOB ALLEN REYNOLDS, MARLAND TIRRELL BARNER, RAFAEL ANTONIO BERRIOS JR., & WARDELL W. BROWN,<br><br>    Defendants. | Cause No: 2:24-cv-00126-GSL-JEM |
| SUMMIT, INC.,<br><br>    Cross Claimant,<br>v.<br><br>STONE TRANSPORT, LP, LOAD N GO EXPRESS, LLC, & J&D TRUCKING, INC.,<br><br>    Crossclaim Defendants. | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST JOSHUA CURTIS RIDDLE

NOW COMES the Plaintiff, UNITED STATES STEEL CORPORATION, by and through its attorney, Brandon J. Kroft of CASSIDAY SCHADE LLP, and respectfully moves the Court for Entry of Default against Defendant, Joshua Curtis Riddle. In support thereof, Plaintiff states as follows:

    1.    On October 17, 2024, Plaintiff mailed the Summons and Amended Complaint to Defendant Joshua Curtis Riddle, as reflected at Docket Entry 70.

    2.    On February 14, 2025, Plaintiff mailed an Alias Summons to Defendant Joshua Curtis Riddle, as reflected at Docket Entry 110.

3. On April 29, 2025, this Court entered an Order Granting Plaintiff's Motion for Service via Publication as to Defendant Joshua Curtis Riddle. (Docket Entry 114). The Court directed that the Order be published once each week for six consecutive weeks in a newspaper of general circulation in Porter County, Indiana, beginning no later than twenty-eight (28) days from the date of the Order.

4. Pursuant to that Order, Plaintiff caused publication to be made once per week for six consecutive weeks in a newspaper of general circulation in Porter County, Indiana.

5. Plaintiff filed the Proof of Service by Publication with the Court on June 24, 2025, at Docket Entry 115, which reflects that the last publication date was June 19, 2025.

6. In accordance with the Court's April 29, 2025, Order, Defendant Joshua Curtis Riddle was required to answer or otherwise plead within twenty-eight (28) days after the last date of publication, or by July 17, 2025.

7. The time within which Defendant may answer or otherwise respond has expired, and Defendant has failed to appear, answer, plead, or otherwise defend this action.

8. Accordingly, entry of default is appropriate under Federal Rule of Civil Procedure 55(a).

WHEREFORE the Plaintiff, UNITED STATES STEEL CORPORATION, respectfully requests that the Clerk of the Court enter default against Defendant Joshua Curtis Riddle pursuant to Rule 55(a), and for all other just and proper relief.

    Respectfully submitted,

By: */s/Brandon J. Kroft*
One of the Attorneys for Plaintiff,
United States Steel Corporation

CASSIDAY SCHADE LLP
Brandon J. Kroft, # 23400-64
233 East 84th Drive, Suite 305
Merrillville, IN 46410
(219) 663-5575
bkroft@cassiday.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of December, 2025, a copy of the foregoing Motion to Entry of Default Against Joshua Curtis Riddle was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing was sent to all counsel of record who are registered CM/ECF users. In addition, I served a copy of this filing via U.S. mail on the following:

J&D Trucking, Inc.
c/o Diane Medina
5553 Oakdale Drive
Oak Lawn, IL 60453

Joshua Curtis Riddle
1420 Rickey Drive
Joliet, IL 60433

Marland Tirrell Barner
2211 Astor Street
Sauk Village, IL 60411

Wardell W. Brown
11541 S. Hale Avenue
Chicago, IL 60643
First Keez Acquisitions, LLC
c/o Aaron Godley
3659 Allison Street
Portage, IN 46368

John Russell Smith, Jr.
157 S. Franklin Street, 3rd Floor
Valparaiso, IN 46383

Jacob Allen Reynolds
7408 West 129th Avenue
Cedar Lake, IN 46303

Rafael A. Berrios
3659 Allison Street
Portage, IN 46368

Aaron Eugene Godley
7882 Rael Ct.
Tallahassee, FL 32312

/s/ *Brandon J. Kroft*