**UNITED STATES DISTRICT COURT
FOR THE USDC Northern Indiana
HAMMOND DIVISION**

United States Steel Corporation
        Plaintiff,

v.              Case No.: 2:24−cv−00126−GSL−JEM
             Judge Gretchen S Lund

Summit Inc, et al.
        Defendant.

## CLERK'S ENTRY OF DEFAULT

Default is hereby entered against defendant(s)

Marland Tirrell Barner, Joshua Curtis Riddle, Rafael Antonio Berrios, Wardell W. Brown, First Keez Acquistions LLC, Jacob Allen Reynolds, John Russell Smith, Jr, Aaron Eugene Godley, ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date:  January 5, 2026    Sincerely,

             CHANDA J. BERTA
             CLERK OF COURT


             By: s/   Natasha H Corle
                Deputy Clerk